UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

2:05-mj-354 KJM

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. X0510002

Rafael R. Cruz

ORDER TO PAY

SOCIAL SECURITY #: _____
DATE OF BIRTH: 07/10/77
DRIVER'S LICENSE #: _____
ADDRESS: 256-8 Thelma St
Stockton        Ca,        95215
CITY            STATE      ZIP CODE

FILED
DEC 13 2005
CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 12-13-05                        Rafael Cruz
                                      DEFENDANT'S SIGNATURE

YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING: Defendant placed on 1 year COURT PROBATION, TO TERMINATE UPON COMPLETION OF PAYMENT
X Fine: $ 175   and a penalty assessment of $ 10   for a TOTAL
AMOUNT OF: $ 185   within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

USDC                              CLERK, USDC                    CLERK, USDC
CENTRAL VIOLATIONS BUREAU (SA)    1130 O STREET, RM 5000         501 "I" STREET
POST OFFICE BOX 740026            FRESNO, CA 93721               SACRAMENTO, CA 95814-2322
ATLANTA, GA 30374-0026

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 12-13-05                        KJM
                                      U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-LOM                                                          EDCA—3